IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIM REALTY AND LOANS, INC., ) | Case No. C 11-02960 SC |
| Plaintiff, ) | ORDER ADOPTING REPORT AND RECOMMENDATION AND |
| v. ) | <u>REMANDING CASE</u> |
| GRACE DE CASTRO, ) | |
| Defendant. ) | |

Plaintiff Maxim Realty and Loans, Inc. ("Plaintiff") brought this action for unlawful detainer in the Superior Court of the State of California, County of Alameda. ECF No. 1 ("Not. Of Removal") Ex. A ("Compl."). Defendant Grace De Castro ("Defendant") later removed the action to federal court. Not. of Removal. Magistrate Judge James has issued a Report and Recommendation in which she recommends this Court remand this action to the Superior Court of the State of California, County of Alameda. ECF No. 8 ("Report & Recommendation").

Having reviewed the Report and Recommendation, the Court finds it correct, thorough, and well-reasoned, and adopts it in every respect. Federal question jurisdiction does not lie because the Complaint asserts only one state law claim for unlawful detainer. Diversity jurisdiction is not a proper basis for removal since

1  Plaintiff is incorporated in California and Defendant is a citizen
2  and resident of California.  Not. of Removal ¶ 16.  Additionally,
3  Defendant failed to respond to Magistrate Judge James' Order to
4  Show Cause why the case should not be remanded.  ECF No. 7 ("Order
5  to Show Cause").
6       Accordingly, the Court REMANDS this action to the Superior
7  Court of the State of California, County of Alameda.

9       IT IS SO ORDERED.

11      Dated:   October 28, 2011       
12                                      UNITED STATES DISTRICT JUDGE

2