United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAXIM REALTY AND LOANS, INC.,

Plaintiff,

v.

GRACE DE CASTRO,

Defendant.

Case No. C 11-02960 SC

ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE

Plaintiff Maxim Realty and Loans, Inc. ("Plaintiff") brought this action for unlawful detainer in the Superior Court of the State of California, County of Alameda. ECF No. 1 ("Not. Of Removal") Ex. A ("Compl."). Defendant Grace De Castro ("Defendant") later removed the action to federal court. Not. of Removal. Magistrate Judge James has issued a Report and Recommendation in which she recommends this Court remand this action to the Superior Court of the State of California, County of Alameda. ECF No. 8 ("Report & Recommendation").

Having reviewed the Report and Recommendation, the Court finds it correct, thorough, and well-reasoned, and adopts it in every respect. Federal question jurisdiction does not lie because the Complaint asserts only one state law claim for unlawful detainer. Diversity jurisdiction is not a proper basis for removal since

United States District Court
For the Northern District of California

Plaintiff is incorporated in California and Defendant is a citizen and resident of California. Not. of Removal ¶ 16. Additionally, Defendant failed to respond to Magistrate Judge James' Order to Show Cause why the case should not be remanded. ECF No. 7 ("Order to Show Cause").

Accordingly, the Court REMANDS this action to the Superior Court of the State of California, County of Alameda.

IT IS SO ORDERED.

Dated: October 28, 2011



UNITED STATES DISTRICT JUDGE